

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00428-CR

Jessica Yvette **GARANZUAY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 420081
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

On July 23, 2015, we abated this appeal and remanded the cause to the trial court for appointment of new appellate counsel. The trial court appointed new counsel on July 29, 2015. We therefore reinstate this appeal on the docket of this court. The clerk's record and reporter's record have been filed. Therefore, appellant's brief is due **September 4, 2015**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court